ANDERSEN, as Special Administrator, Respondent, vs. BECK, Appellant.

For the appellant : *Bundy, Beach & Holland* of Eau Claire.
For the respondent : *Varnum & Varnum* of Hudson and *Edwin C. Brown* of Minneapolis, Minnesota.

*By the Court.*—Judgment affirmed.


ANDERSEN, Respondent, vs. BECK, Appellant.

For the appellant : *Bundy, Beach & Holland* of Eau Claire.
For the respondent : *Varnum & Varnum* of Hudson and *Edwin C. Brown* of Minneapolis, Minnesota.

*By the Court.*—Judgment affirmed.


THOMPSON, Respondent, vs. FRIEDERICH and others, Appellants.

For the appellants : *Stephens, Sletteland & Sutherland* of Madison.
For the respondent : *Olin & Butler* of Madison.

*By the Court.*—Judgment affirmed.